UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                                           :

IN RE ESCALA GROUP, INC SECURITIES    :
LITIGATION.                                        :         Civil Action No.
                                                                           :         1:06 CV 03518 - AKH
-----------------------------------------------------------X
                                                        :

THIS DOCUMENT RELATES TO:            :
      ALL ACTIONS                                 :
                                                        :
-----------------------------------------------------------X

## [~~PROPOSED~~] ORDER APPROVING *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS

Upon the application of Lead Plaintiff for an Order approving *cy pres* distribution of the remaining settlement funds, Lead Plaintiff's memorandum of law in support thereof, and the Declaration of Donald R. Hall, dated May 15, 2020, and upon the Court having been fully apprised of the relevant facts and circumstances, now, therefore,

IT IS HEREBY ORDERED that the remaining settlement fund balance of $1,530.10 be distributed in equal shares to the Cardozo Law School Securities Arbitration Clinic and the Fordham Law School Securities Arbitration Clinic.

IT IS SO ORDERED.

Dated: ~~May 18, 2020~~ May 20, 2020            /s/ Alvin K. Hellerstein
                                                                       HONORABLE ALVIN K. HELLERSTEIN
                                                                       UNITED STATES DISTRICT JUDGE